425 A.2d 850

## Cohen v. Jenkintown Cab Co. et al., Appellant.

Argued March 22, 1979. James M. Marsh, for appellant; Fred Lowenschuss, for Commonwealth, appellee.

* Judge Donald E. Wieand is sitting by special designation.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment affirmed.